UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TANLISIA NEAL,<br><br>Defendant. | Case No.  20-cr-00132-VC-1<br><br>**ORDER GRANTING MOTION FOR LEAVE TO FILE RESPONSE TO GOVERNMENT'S SURREPLY**<br><br>Re: Dkt. No. 39 |

The motion for leave to file a response to the government's surreply is granted.

**IT IS SO ORDERED.**

Dated: September 25, 2020

VINCE CHHABRIA
United States District Judge