UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TANLISIA NEAL,<br><br>　　　　　Defendant. | Case No. 20-cr-00132-VC-1<br><br>**ORDER RE RENWED MOTION TO SUPPRESS**<br><br>Re: Dkt. No. 62 |

The Court does not need to hear argument on the renewed motion to suppress, and will issue a ruling on the papers. The hearing on Tuesday is converted into a status conference.

**IT IS SO ORDERED.**

Dated: April 9, 2021

_____
VINCE CHHABRIA
United States District Judge