UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>TANLISIA NEAL,<br><br>             Defendant. | Case No. 20-cr-00132-VC-1<br><br>**FURTHER RULING ON THE DEFENDANT'S MOTION TO EXCLUDE**<br><br>Re: Dkt. No. 106 |

Special Agent Curnow may testify about the street value of the substances at issue and the multiple cell phones found on Neal's person to the extent those facts are indicia of distribution rather than personal use. Special Agent Curnow may not testify about the individuals generally present at 16th Street and Mission unless the defense opens the door. Amended Disclosure at ¶¶ 31–33. He also may not testify about how certain drugs are "cut" with other substances. *Id.* ¶¶ 3, 14. Neither topic is sufficiently relevant, at least at this time, to justify spending the jury's time on it or risking jury confusion. This order supplements the Court's prior order on this subject. *See* Dkt. No. 109.

**IT IS SO ORDERED.**

Dated: October 8, 2021

_____
VINCE CHHABRIA
United States District Judge