CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

RICHARD EWENSTEIN (CABN 294649)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Email: richard.ewenstein@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:20-cr-00132-VC |
| Plaintiff, | [~~PROPOSED~~] DETENTION ORDER |
| v. | |
| TANLISIA NEAL, | |
| Defendant. | |

    On January 31, 2024, the Honorable Vince Chhabria, United States District Judge, imposed judgment on defendant Tanlisia Neal following convictions at jury trial. Judge Chhabria imposed a sentence of twelve months and one day in the custody of the Bureau of Prisons and gave Ms. Neal a surrender date of March 15, 2024, at 2 p.m. On March 15, 2024, United States Pretrial Services reported to the Court that Ms. Neal had failed to surrender, and the Honorable Alex G. Tse, United States Magistrate Judge, signed a warrant for Ms. Neal's arrest. Deputies of the United States Marshals Service arrested Ms. Neal on December 10, 2025.

    This matter came before the Court on December 11, 2025, for a detention hearing. The defendant was present and represented by Assistant Federal Public Defender John Paul Reichmuth. Assistant United States Attorney Emily Dahlke appeared for the government. The government moved

for detention and proffered an argument, and the defendant submitted the matter.

Upon consideration of the facts, proffers and arguments presented, and for the reasons stated on the record, the Court finds that the defendant has failed to demonstrate by clear and convincing evidence that Ms. Neal is not likely to flee if released. Accordingly, the defendant must be detained pending execution of sentence in this matter.

The present order supplements the Court's findings and order at the detention hearing. As noted on the record, the Court makes the following finding as the basis for its conclusion: Ms. Neal failed to surrender to the Bureau of Prisons as ordered on March 15, 2024. This finding is made without prejudice to the defendant's right to seek review of defendant's detention, or file a motion for reconsideration if circumstances warrant it.

Pursuant to 18 U.S.C. § 3143(a), IT IS ORDERED THAT:

1. The defendant be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility;

2. The defendant be afforded reasonable opportunity for private consultation with counsel; and

3. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to an authorized United States Marshal for the purpose of any appearance in connection with a court proceeding.

IT IS SO ORDERED.

DATED: December 12, 2025

HONORABLE THOMAS S. HIXSON
United States Magistrate Judge